UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENIS ALONSO LOPEZ, A-233-976-807,

Petitioner,

v.

U.S. ATTORNEY GENERAL/ICE,

Respondent.

No.  1:26-cv-3594-DAD-CKD P

ORDER

Petitioner is detained by Immigrations and Customs Enforcement and proceeds without counsel. Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter is referred to the undersigned by operation of Local Rule 302 pursuant to 8 U.S.C. § 636(b)(1)(B).

Petitioner filed the instant petition on May 11, 2026, naming only the Department of Homeland Security / ICE as respondent. (ECF No. 1.)

A petitioner seeking habeas corpus relief must name the officer having custody of him as the respondent to the petition. 28 U.S.C. § 2242; Rumsfeld v. Padilla, 542 U.S. 426, 430 (2004); Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996). The proper respondent "is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." Padilla, 542 U.S. at 435; see also Doe v. Garland, 109 F.4th 1188, 1199 (9th Cir. 2024).

1

Petitioner's failure to name a proper respondent requires dismissal of his habeas petition for lack of jurisdiction. However, the court will give petitioner the opportunity to cure this defect by amending the petition to name a proper respondent, such as the warden or facility administrator of his facility. Padilla, 542 U.S. at 440 ("the immediate custodian, not a supervisory official who exercises legal control, is the proper respondent"). In the interests of judicial economy, instead of filing an amended petition, petitioner may optionally file a motion entitled "Motion to Amend the Petition to Name a Proper Respondent" in which petitioner names a proper respondent to be substituted in this action.

The petition appears to indicate petitioner cannot afford a lawyer and petitioner requests appointment of counsel. (ECF No. 1 at 7; ECF No. 2.) In light of the complexity of the legal issues involved, the court will provisionally grant petitioner leave to proceed in forma pauperis and appoint counsel. See 28 U.S.C. § 1915(a); 18 U.S.C. § 3006A(a)(2)(B); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, petitioner shall submit the appropriate affidavit in support of a request to proceed in forma pauperis.

In accordance with the above, IT IS ORDERED as follows:

1.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

2.  Petitioner shall submit a completed affidavit in support of a request to proceed in forma pauperis within 30 days.

3.  Petitioner is granted 30 days from the date of service of this order in which to file a "Motion to Amend the Petition to Name a Proper Respondent" which names a proper respondent.

4.  Within 14 days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Lisa Kennison, Courtroom Deputy for Chief Magistrate Judge Carolyn K. Delaney, via email at lkennison@caed.uscourts.gov, who shall update docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as pro

2

hac vice CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1). If counsel is not admitted to practice before the Eastern District of California court, pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the Court hereby authorizes said counsel's pro hac vice admission to practice before this court for the duration of the proceedings, nunc pro tunc to the date the appointing authority first contacted counsel about this appointment.

5. The Clerk of the Court shall serve a copy of this order and the petition filed on May 11, 2026, on the Federal Defender, Attention: Habeas Appointment.

Dated:  May 14, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 lope3594.110a.imm.sub

3